**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **DANIEL MCCABE, et al., individually and on behalf of all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No. 23-10829-FDS** |
| **FORD MOTOR COMPANY,** | ) | |
| **Defendant.** | ) | |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF DANIEL WRIGHT**

**SAYLOR, J.**

Attorneys Brenda Wenke D'Angelo, John Fabry, Leland H. Belew, Mitchell Breit, Alex R. Straus, Kim Dougherty and Mark R. Miller, counsel of record for plaintiff Daniel Wright in this matter, moved on August 25, 2026, for leave to withdraw their appearance as to Wright (Dkt. No. 266). In support of the motion, counsel states that there has been a breakdown in communication that impairs the attorney-client relationship.

The Court will grant the motion, but will provide plaintiff with a reasonable opportunity to obtain new counsel. Accordingly, the motion to withdraw is granted, effective 21 days from the date of this order. If no successor counsel has entered an appearance by that time, the plaintiff will be deemed to be proceeding *pro se* (that is, representing himself) from that point forward.

If plaintiff is representing himself, he must notify the Court within 21 days of the date of this order. He will be responsible for providing current contact information (including his

address, telephone number, and e-mail) to the clerk, and maintaining the accuracy of that information. He will also be responsible for complying with all rules of court and court-ordered deadlines. Failure to comply with this order may result in the dismissal of this action.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: August 27, 2026